# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| DOKOOZIAN CONSTRUCTION, LLC, an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, a foreign insurance company; COLONY INSURANCE COMPANY, a foreign insurance company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign insurance company,<br><br>Defendants. | No.<br><br>COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF<br><br>**JURY DEMANDED** |

## I. PARTIES

1. Plaintiff Dokoozian Construction, LLC ("Dokoozian") is an Alaska limited liability company. Its members are Alaska Mechanical, Inc. Alaska Mechanical, Inc. is a corporation organized under the laws of Alaska with its principal place of business in Alaska.

COMPLAINT FOR DAMAGES AND
DECLARATORY RELIEF - 1

**HARPER | HAYES PLLC**
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 1 of 6

2. On information and belief, Defendant Executive Risk Specialty Insurance Company ("Chubb") is a corporation formed under the laws of Connecticut and having its principal place of business in Connecticut.

3. On information and belief, Defendant Colony Insurance Company ("Colony") is a corporation formed under the laws of Virginia and having its principal place of business in Texas.

4. On information and belief, Defendant National Union Fire Insurance Company of Pittsburgh, PA ("AIG") is a corporation formed under the laws of Pennsylvania and having its principal place of business in New York.

## II. JURISDICTION AND VENUE

5. This Court has personal jurisdiction over Defendants in part because they transact business within Washington and contract to insure risks in Washington, and are thus subject to jurisdiction under RCW 4.28.185, Washington's Long Arm Statute.

6. Subject matter jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because all Defendants are citizens of states other than the state where Plaintiff is a citizen, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)(1), (c)(2), and (d) because Defendants are subject to the Court's personal jurisdiction with respect to this action.

## III. FACTS

8. Chubb issued Dokoozian a liability insurance policy under policy number 8207-2663 with a March 1, 2014 to March 1, 2015 policy period.

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF - 2

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 2 of 6

9. Colony issued Dokoozian a liability policy under policy number PKC300037 with a March 1, 2014 to March 1, 2016 policy period.

10. AIG issued Dokoozian one or more liability insurance policies, including policy number GL 244-96-38 with a March 1, 2012 to March 1, 2013 policy period.

11. In August 2010, the City of Cordova and Dokoozian entered into a written agreement for Dokoozian to serve as a general contractor for "Phase I" of a community center in Cordova, Alaska ("the Project").

12. The Project called for Dokoozian to perform site work and to construct the foundations, superstructure, and "primary building enclosure" for the community center; the City planned a "Phase II" to add electrical and mechanical systems and interior build-out.

13. Dokoozian commenced work in September 2010.

14. Dokoozian hired subcontractors to perform much of the work, including installation of the building's windows. Dokoozian retained RAB Energy Alaska, Inc. d/b/a Capitol Glass to provide and install the curtain wall and store front windows and to provide the vinyl windows.

15. In late September 2012, following a severe rain storm, the City began to complain about leaking windows, which the City claimed resulted in "cracks at the rigid sealant line," corrosion, and other property damage.

16. The City further claimed that Dokoozian was responsible for failing to properly manage the Project's construction.

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF - 3

**HARPER | HAYES PLLC**
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 3 of 6

17. Although Dokoozian disputed that it was at fault, Dokoozian worked with the City throughout the Spring and Summer of 2013 to attempt to correct the issues that the City complained about. In total, Dokoozian spent approximately $727,678 on this work.

18. Ultimately the City and Dokoozian could not resolve the City's complaints and, on October 28, 2013, the City ordered Dokoozian to stop all repair work.

19. In March 2014, Dokoozian filed a demand for arbitration.

20. In April 2014, the City filed a counterclaim in Dokoozian's arbitration, requesting $1,500,000 in damages, plus attorney's fees, interest, and arbitration costs.

21. In July 2014, the City filed a lawsuit against Dokoozian in Alaska state court under case number 3CO-14-13Cl.

22. The City's Alaska lawsuit alleged that Dokoozian violated Alaska's Unfair Trade Practices and Consumer Protection Act ("UTPCPA") by originally asserting a claim against the City for several million dollars more than what Dokoozian demanded in the arbitration. The City sought damages in excess of $12 million.

23. Dokoozian successfully moved to compel arbitration, and the City's UTPCPA claim was added to the City's other counterclaims in the arbitration.

24. In November of 2014, Dokoozian and the City of Cordova participated in mediation. Soon after the mediation, Dokoozian served an offer of judgment on the City in the amount of $3,250,000, which the City accepted.

25. Dokoozian notified Defendants of the City's claims and requested, among other things, that Defendants pay for and reimburse Dokoozian's defense costs.

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF - 4

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 4 of 6

26. Chubb agreed to "accept coverage" and to pay certain of Dokoozian's defense costs.

27. Colony agreed it had a duty to defend Dokoozian.

28. AIG never responded as to whether it had a duty to defend Dokoozian.

29. Although Chubb paid a portion of Dokoozian's defense costs, a substantial amount of Dokoozian's defense costs remain unpaid or unreimbursed.

30. On February 9, 2015, Dokoozian wrote a letter to Chubb, Colony, and AIG requesting that they reimburse Dokoozian for its unpaid defense costs, for the $727,678 that Dokoozian spent to attempt to correct the issues that the City complained about, and for the value of the claims against the City that Dokoozian gave up to settle claims against Dokoozian that were covered by Defendants' policies.

31. Defendants have not agreed to pay any of the amounts addressed in the February 9 letter.

### IV. CAUSES OF ACTION

32. The allegations of the preceding paragraphs are incorporated herein by reference.

33. Chubb, Colony, and AIG owed a contractual duty to reimburse Dokoozian pursuant to the terms of the policies they issued to Dokoozian.

34. Chubb, Colony, and AIG breached those duties, proximately causing damage to Dokoozian in an amount to be proven at trial.

35. An actual controversy exists between Plaintiff and Defendants concerning the rights and obligations of the parties under Defendants' policies. Dokoozian is entitled to a declaration regarding these rights and obligations.

COMPLAINT FOR DAMAGES AND
DECLARATORY RELIEF - 5

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 5 of 6

## V. PRAYER FOR RELIEF

Dokoozian therefore prays for the following relief:

1. Damages in an amount to be proven at trial;
2. An order declaring the parties' rights and obligations under Defendants' policies;
3. An award of costs and attorney's fees;
4. For such other relief as the Court deems just and equitable.

## VI. JURY DEMAND

Dokoozian demands a trial by jury pursuant to FRCP 38.

DATED this 4th day of May 2015.

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
Todd C. Hayes, WSBA No. 26361
By: s/ *Susan K. Kaplan*
Susan K. Kaplan, WSBA No. 40985
600 University Street, Suite 2420
Seattle, WA 98101
**Tel**. 206.340.8010
**Fax**. 206.260.2852
**Email**: todd@harperhayes.com
skaplan@harperhayes.com
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES AND
DECLARATORY RELIEF - 6

**HARPER** | **HAYES PLLC**
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

Case 3:15-cv-00137-TMB   Document 1   Filed 05/04/15   Page 6 of 6