Jeffrey D. Laveson WSBA #16351
Linda B. Clapham WSBA #16735
Jason M. Kettrick ABA #1206059
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Tel: (206) 622-8020
Fax: (206) 467-8215
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA*

Honorable Timothy M. Burgess

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOKOOZIAN CONSTRUCTION, LLC, an Alaska corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, a foreign insurance company; COLONY INSURANCE COMPANY, a foreign insurance company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign insurance company,<br><br>    Defendants. | NO. 3:15-cv-00137-TMB<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT – 1
(3:15-cv-00137-TMB)

NTU001-0009 3885911.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:15-cv-00137-TMB   Document 128   Filed 04/12/16   Page 1 of 3

TO THE COURT:

Plaintiff Dokoozian Construction, LLC ("Dokoozian") and defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby submit this Notice of Settlement to notify the Court that they have settled plaintiff's claims against National Union. Dokoozian and National Union will be filing a joint motion and, after the court has ruled on that motion, will file a stipulated motion to dismiss Dokoozian's claims against National Union.

DATED this 12th day of April, 2016.

| | |
|---|---|
| *s/ Linda B. Clapham* <br> Jeffrey D. Laveson WSBA #16351 <br> Linda B. Clapham WSBA #16735 <br> Jason M. Kettrick ABA #1206059 <br> Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA <br> CARNEY BADLEY SPELLMAN, P.S. <br> 701 Fifth Avenue, Suite 3600 <br> Seattle, WA 98104 <br> Tel: (206) 622-8020 <br> Fax: (206) 467-8215 <br> laveson@carneylaw.com <br> clapham@carneylaw.com <br> kettrick@carneylaw.com | *s/ Todd C. Hayes* <br> Todd C. Hayes, Pro Hac Vice <br> Charles K. Davis, Pro Hac Vice <br> Attorneys for Plaintiff Dokoozian Construction, LLC <br> HARPER HAYES PLLC <br> 600 University Street, Suite 2420 <br> Seattle, WA 98101 <br> Tel: (206)-340-8010 <br> Fax: (206)-260-2853 <br> todd@harperhayes.com <br> cdavis@harperhayes.com <br><br> *s/ Paul R. Cressman* <br> Paul R. Cressman, AK Bar No. 0607046 <br> Attorneys for Plaintiff Dokoozian Construction, LLC <br> AHLERS & CRESSMAN PLLC <br> 999 Third Avenue, Suite 3800 <br> Seattle, WA 98104 <br> Tel: (206)-389-8243 <br> Fax: (206)-287-9902 <br> pcressman@ac-lawyers.com |

NOTICE OF SETTLEMENT – 2
(3:15-cv-00137-TMB)

NTU001-0009 3885911.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:15-cv-00137-TMB   Document 128   Filed 04/12/16   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR COUNSEL FOR PLAINTIFF DOKOOZIAN CONSTRUCTION, LLC.**

| | |
|---|---|
| **Todd C. Hayes**, WSBA No. 26361<br>**Charles K. Davis**, WSBA No. 38231<br>HARPER \| HAYES PLLC<br>600 University Street, Suite 2420<br>Seattle, WA 98101-1129<br>Tel: (206) 340-8010<br>Fax: (206) 260-2852<br>todd@harperhayes.com<br>cdavis@harperhayes.com | **Paul R. Cressman, Jr.** ABA No. 0607046<br>Ahlers & Cressman, PLLC<br>999 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tel: (206) 389 8243<br>pcressman@ac-lawyers.com |

**ATTORNEYS FOR COUNSEL FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, a foreign insurance company.**

| | |
|---|---|
| **Janet R. Davis**, Pro Hac Vice<br>**Gary L. Gassman**, Pro Hac Vice<br>COZEN O'CONNOR<br>123 North Wacker Drive, Suite 1800<br>Chicago IL 60606-1770<br>Tel: (312) 474-7947<br>Fax: (312) 382-8910<br>jrdavis@cozen.com<br>ggassman@cozen.com | **Rebecca J. Hozubin,** ABA No. 9806016<br>Hozubin, Moberly Lynch & Associates<br>711 M. Street, Suite 2<br>Anchorage, AK 99501<br>Tel: 907-276-5297<br>Fax: 907-276-5219<br>rebecca@akdefenselaw.com |

**ATTORNEYS FOR COUNSEL FOR DEFENDANT COLONY INSURANCE COMPANY, a foreign insurance company.**

| | |
|---|---|
| **Jim M. Boardman**, ABA No. 9206022<br>**William H. Ingaldson**, ABA No. 8406030<br>Ingaldson Fitzgerald, P.C.<br>813 West Third Avenue<br>Anchorage, Alaska 99501<br>bill@impc-law.com<br>jim@impc-law.com | |

DATED this 12th day of April, 2016.

          *s/ Allie M. Keihn*
          Allie M. Keihn, Legal Assistant

NOTICE OF SETTLEMENT – 3
(3:15-cv-00137-TMB)

NTU001-0009 3885911.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:15-cv-00137-TMB   Document 128   Filed 04/12/16   Page 3 of 3