Jeffrey D. Laveson WSBA #16351  
Linda B. Clapham WSBA #16735  
Jason M. Kettrick ABA #1206059  
CARNEY BADLEY SPELLMAN, P.S.  
701 Fifth Avenue, Suite 3600  
Seattle, WA 98104-7010  
(206) 622-8020  
(206) 467-8215 (Facsimile)  
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA*

Honorable Timothy M. Burgess

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOKOOZIAN CONSTRUCTION, LLC, an Alaska corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, a foreign insurance company; COLONY INSURANCE COMPANY, a foreign insurance company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign insurance company,<br><br>　　　　　Defendants. | NO. 3:15-cv-00137-TMB<br><br>STIPULATED MOTION TO DISMISS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |

**STIPULATION**

Further to the Court's March 30, 2017 Order Granting Motion at Docket 142 (Docket 200), Plaintiff Dokoozian Construction, LLC and Defendant National Union Fire Insurance Company of Pittsburgh, PA, through counsel of record, move the Court and hereby stipulate that all claims asserted or that could have been asserted against Defendant National Union Fire Insurance Company of

STIPULATED MOTION TO DISMISS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA – 1  
(3:15-cv-00137-TMB)

**CARNEY BADLEY SPELLMAN, P.S.**  
701 Fifth Avenue, Suite 3600  
Seattle, WA 98104-7010  
(206) 622-8020

NTU001-0009 4485341.docx

Case 3:15-cv-00137-TMB   Document 201   Filed 04/03/17   Page 1 of 3

Pittsburgh, PA, in this action be dismissed with prejudice, and that Defendant National Union Fire Insurance Company of Pittsburgh, PA, be dismissed from this action with prejudice and without attorney's fees and costs awarded to any party.

DATED this 3rd day of April, 2017.

**CARNEY BADLEY SPELLMAN, P.S.**

By *S/ Jeffrey D. Laveson*
Jeffrey D. Laveson WSBA #16351
Linda B. Clapham WSBA #16735
Jason M. Kettrick ABA #1206059
Attorneys for Defendant National Union
Fire Insurance Company of Pittsburgh, PA

**HARPER | HAYES PLLC**

By *S/ Todd C. Hayes*
Todd C. Hayes, WSBA No. 26361
Charles K. Davis, WSBA No. 38231
Attorneys for Plaintiff

**AHLERS & CRESSMAN, PLLC**

By *S/ Paul R. Cressman*
Paul R. Cressman, Jr. ABA No. 0607046
Ahlers & Cressman, PLLC
Attorneys for Plaintiff

STIPULATED MOTION TO DISMISS NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA – 2
(3:15-cv-00137-TMB)

NTU001-0009 4485341.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 3:15-cv-00137-TMB   Document 201   Filed 04/03/17   Page 2 of 3

## ORDER

THIS MATTER has been brought before the Court; and the Court deems itself fully advised in all matters. Based on the foregoing stipulation, and the Court's March 30, 2017 Order Granting Motion at Docket 142 (Docket 200):

IT IS HEREBY ORDERED that all claims asserted or that could have been asserted against Defendant National Union Fire Insurance Company of Pittsburgh, PA, in the above entitled action are dismissed, with prejudice, and Defendant National Union Fire Insurance Company of Pittsburgh, PA, is dismissed from this action with prejudice, and without attorney's fees or costs awarded to any party.

Dated at Anchorage, Alaska, this ____ day of April, 2017.

_____
HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA – 3
(3:15-cv-00137-TMB)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

NTU001-0009 4485341.docx

Case 3:15-cv-00137-TMB   Document 201   Filed 04/03/17   Page 3 of 3