IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOKOOZIAN CONSTRUCTION, LLC, an Alaska corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, a foreign insurance company; COLONY INSURANCE COMPANY, a foreign insurance company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign insurance company,<br><br>        Defendants. | Case No. 3:15-cv-00137-TMB |

## **ORDER**

THIS MATTER has been brought before the Court; and the Court deems itself fully advised in all matters. Based on the stipulation at docket 201 and the Court's March 30, 2017 Order at docket 200:

IT IS HEREBY ORDERED that all claims asserted or that could have been asserted against Defendant National Union Fire Insurance Company of Pittsburgh, PA, in the above entitled action are dismissed, with prejudice, and Defendant National Union Fire Insurance Company of Pittsburgh, PA, is dismissed from this action with prejudice, and without attorney's fees or costs awarded to any party.

        Dated at Anchorage, Alaska, this 5th day of May, 2017.

        /s/ Timothy M. Burgess
        TIMOTHY M. BURGESS
        UNITED STATES DISTRICT JUDGE