Rebecca J. Hozubin
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
Tel:     907.276.5297
Fax:     907.278.5291
Email: rebecca@akdefenselaw.com

Janet R. Davis (admitted pro hac vice)
Gary L. Gassman (admitted pro hac vice)
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel:     312.474.7900
Fax:     312.474.7898
Email: jrdavis@cozen.com
       ggassman@cozen.com

Attorneys for Executive Risk Specialty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| DOKOOZIAN CONSTRUCTION, LLC, | ) |
|   Plaintiff, | ) Case No. 3:15-cv-00137-TMB |
| v. | ) **EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| EXECUTIVE RISK SPECIALTY INSURANCE COMPANY AND COLONY INSURANCE COMPANY, | ) |
|   Defendants. | ) |

Defendant Executive Risk Specialty Insurance Company ("ERSIC"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for Summary Judgment against Plaintiff Dokoozian Construction, LLC on its First Amended Complaint for Damages and Declaratory Relief. As set forth in the attached Memorandum of Law, Declaration of Janet R.

*Dokoozian Construction, LLC v. Executive Risk Specialty*
*Insurance Company, et al.*, Case No. 3:15-cv-00137-TMB                                 1
Case 3:15-cv-00137-TMB   Document 213   Filed 06/30/17   Page 1 of 3

Davis filed concurrently herewith, as well as the pleadings on file with the Court, ERSIC is entitled to summary judgment.

WHEREFORE, Defendant Executive Risk Specialty Insurance Company respectfully requests that this Court enter an order granting summary judgment in its favor and against Plaintiff on Plaintiff's First Amended Complaint for Damages and Declaratory Relief with prejudice and for such other and further relief as this Court deems just and proper.

DATED this 30th day of June, 2017.

>COZEN O'CONNOR
>
>By: s/Janet R. Davis
>
>Janet R. Davis (admitted pro hac vice)
>E-mail:jrdavis@cozen.com
>Gary L. Gassman (admitted pro hac vice)
>E-mail:ggassman@cozen.com
>123 North Wacker Drive, Suite 1800
>Chicago, IL 60606
>Tel:    312.474.7900
>Fax:    312.474.7898
>
>Hozubin, Moberly, Lynch & Associates
>Rebecca J. Hozubin
>Email: rebecca@akdefenselaw.com
>711 M Street, Suite 2
>Anchorage, Alaska 99501
>Tel:    907.276.5297
>Fax:    907.278.5291
>
>Attorneys for Defendant Executive Risk Specialty Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing *Executive Risk Specialty Insurance Company's Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| *Counsel for Plaintiff:* | *Counsel for Defendant Colony Insurance Company:* |
|---|---|
| Todd C. Hayes | Jim M. Boardman |
| Susan K. Kaplan | Ingaldson Fitzgerald, P.C. |
| Harper \| Hayes PLLC | 813 W 3rd Avenue |
| 600 University Street, Suite 2420 | Anchorage, AK 99501 |
| Seattle, WA 98101-1129 | Telephone: (907) 258-8750 |
| Telephone: (206) 340-8010 | Facsimile: (907) 258-8751 |
| Facsimile: (206) 260-2852 | jim@impc-law.com |
| todd@harperhayes.com | |
| skaplan@harperhayes.com | |

Paul R. Cressman , Jr.
Ahlers & Cressman PLLC
999 Third Ave, Suite 3800
Seattle, WA 98104
Telephone: (206) 389-8243
Facsimile: (206) 287-9902
pcressman@ac-lawyers.com

DATED this 30th day of June, 2017.

COZEN O'CONNOR

By: *s/Janet R. Davis*

Janet R. Davis